# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:01CR19

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| VIRGINIA H. RATCLIFF, a/k/a ) | |
| VIRGINIA E. HAWKINS ) | |
| ) | |
| AND ) | |
| ) | |
| ASHEVILLE RACQUET CLUB, and ) | |
| LEICESTER CARPET SALES, ) | |
| ) | |
| Garnishees. ) | |

**THIS MATTER** is before the Court on the Government's applications for writs of continuing garnishment upon the Judgment against the Defendant herein.

In both applications, the date a demand for payment was made upon the Defendant was not furnished. Therefore, the writs may not issue until such information is provided.

**IT IS, THEREFORE, ORDERED** that the Government's applications for writs of continuing garnishment are hereby **DENIED** without prejudice.

Signed: August 8, 2006

Lacy H. Thornburg
United States District Judge