IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | CASE NO. DNCW1:01CR19 | |
| ) | (Financial Litigation Unit) | |
| VIRGINIA HAWKINS RATCLIFF ) | | |
| Defendant, ) | | |
| ) | | |
| and ) | | |
| ) | | |
| ASHEVILLE RACQUET CLUB, ) | | |
| Garnishee. ) | | |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Writ of Continuing Garnishment filed in this case against Defendant Virginia Hawkins Ratcliff is **DISMISSED**.

Signed: July 17, 2017

Dennis L. Howell
United States Magistrate Judge