IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW1:01CR19 |
| ) | (Financial Litigation Unit) |
| VIRGINIA HAWKINS RATCLIFF ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| LEICESTER CARPET SALES, INC., ) | |
| Garnishee. ) | |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Writ of Continuing Garnishment filed in this case against Defendant Virginia Hawkins Ratcliff is **DISMISSED.**

Signed: July 17, 2017

Dennis L. Howell
United States Magistrate Judge