IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>)<br>vs. )<br>)<br>VIRGINIA HAWKINS RATCLIFF )<br>          Defendant, )<br>)<br>and )<br>)<br>PEARLMAN'S CARPET, )<br>          Garnishee. ) | CASE NO. DNCW1:01CR19<br>(Financial Litigation Unit) |

**DISMISSAL OF CONSENT ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Consent Order of Continuing Garnishment filed in this case against Defendant Virginia Hawkins Ratcliff is **DISMISSED**.

Signed: July 17, 2017

_____
Dennis L. Howell
United States Magistrate Judge