IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|                 Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW1:01CR19 |
| | ) | (Financial Litigation Unit) |
| VIRGINIA HAWKINS RATCLIFF, | ) | |
|                 Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WINDOW NATION, LLC, | ) | |
|                 Garnishee. | ) | |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment (Doc. 64) filed in this case against the Defendant is DISMISSED.

Signed: November 18, 2020

W. Carleton Metcalf
United States Magistrate Judge